IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOEL ORTIZ-GONZALEZ,
        Petitioner,
   v.                                  **Judgment in a Civil Case**
TRACY W. JOHNS,
        Respondent.           Case Number: 5:11-HC-2025-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and any state claim is dismissed without prejudice for failure to exhaust his state court remedies.

This Judgment Filed and Entered on January 27, 2012, with service on:
Joel Ortiz-Gonzalez 30484-069, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509(via U.S. Mail)
Michael E. Lockridge (via CM/ECF Notice of Electronic Filing)

January 27, 2012                                /s/ Dennis P. Iavarone
                                                        Clerk

Raleigh, North Carolina